UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JACOB S. WARD,                          :
Plaintiff,                              :
                                        :
                                        :       3:24cv1451-VAB
v.                                      :
                                        :
AMAZON.COM SERVICES, LLC,               :
Defendant.                              :

**JUDGMENT**

This action having come before the Court for consideration of the Defendant's

Motion for Summary Judgment before the Honorable Victor A. Bolden, United States

District Judge.   The Court, having considered the full record of the case including

applicable principles of law, issued a Ruling and Order on May 22, 2026, granting said

Motion, dismissing the Title VII claims with Prejudice, and dismissing the remaining

state law claims without prejudice to refiling in state court; wherefore, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered

in favor of the Defendant.  The Title VII claims are dismissed with prejudice, and the

remaining state law claims are dismissed without prejudice to refiling in state court, and

this case is closed.

Dated at New Haven, Connecticut, this 27th day May 2026.

DINAH MILTON KINNEY, CLERK

BY:   /s/ F. Velez_____
        Frances Velez, Deputy Clerk

EOD: 5/27/26